# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMSCOPE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>AFL TELECOMMUNICATIONS LLC,<br><br>Defendant. | C.A. No. 21-cv-377-LPS |

## UNOPPOSED MOTION TO EXTEND TIME TO SERVE COMPLAINT

Plaintiff CommScope Technologies LLC ("CommScope") hereby moves to extend the deadline for it to serve the Complaint (D.I. 1) to August 10, 2021. Defendant does not oppose the extension sought by CommScope.

Dated: June 1, 2021

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff CommScope Technologies LLC*