IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMSCOPE TECHNOLOGIES LLC, | |
| Plaintiff, | |
| v. | C.A. No. 21-cv-377-VAC |
| AFL TELECOMMUNICATIONS LLC, | |
| Defendant. | |

## ORDER

AND NOW, this __28th__ day of __March__, 202̶1̶ 2, the Court having the Unopposed Motion to Extend Time to Serve Complaint (the "Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
United States District Judge