IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMSCOPE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>AFL TELECOMMUNICATIONS LLC,<br><br>Defendant. | C.A. No. 21-cv-377-VAC |

## UNOPPOSED SEVENTH MOTION TO EXTEND TIME TO SERVE COMPLAINT

Plaintiff hereby moves to extend the deadline for it to serve the Complaint (D.I. 1) to August 8, 2022. The parties are continuing discussion of potential settlements to this matter, and jointly believe that an extension of this deadline to allow those settlement discussions to continue would be worthwhile. Defendant does not oppose the requested extension.

Dated: June 21, 2022

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff CommScope Technologies LLC*